UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EASTSIDE MEDICAL RADIOLOGY, PLLC,           :
d/b/a CARNEGIE HILL RADIOLOGY, d/b/a        :   No. 11 Civ. 9494
ADVANCED CARDIOVASCULAR IMAGING             :
                                            :
                        Plaintiff,          :   STIPULATION OF
                                            :   VOLUNTARY DISMISSAL
        -against-                           :
                                            :
CARECORE NATIONAL, LLC, CARECORE            :
MANAGEMENT SERVICES INC., CCN IPA,          :
INC., CCN IPA-O, LLC, CCN IPA-M, LLC,       :
CCN-HI IPA, LLC, CCN-WNY IPA, INC.,         :
EAST RIVER MEDICAL IMAGING, P.C. ,          :
ERMI INVESTORS GROUP, LLC AND NEW           :
YORK MEDICAL IMAGING ASSOCIATES, P.C. :
------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and all Defendants in this action, acting through their undersigned attorneys, that this action shall be, and the same hereby is, dismissed with prejudice as against all Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party.

Dated: December 30, 2012

CONSTANTINE CANNON LLP

By: _____
     Matthew L. Cantor
335 Madison Avenue, 9th Floor
New York, New York 10017
Tel.: (212) 350-2700

*Attorneys for Plaintiffs Eastside Medical Radiology PLLC d/b/a Carnegie Hill Radiology d/b/a Advanced Cardiovascular Imaging*

GIBSON, DUNN & CRUTCHER LLP

By: _____
     John A. Herfort
200 Park Avenue
New York, New York 10166
Tel.: (212) 351-4000

257092.1

*Attorneys for Defendants CareCore National LLC, CareCore Management Services Inc., CCN IPA, Inc., CCN IPA-O, LLC, CCN IPA-M, LLC, CCN-HI IPA, LLC, and CCN-WNY IPA, Inc.*

SIDLEY AUSTIN, LLP

By: *[signature: Richard D. Raskin]*

Richard D. Raskin

*Attorneys for Defendants East River Medical Imaging, P.C. and ERMI Investors Group, LLC*

ARENT FOX LLP

By: _____
Brian D. Schneider
1717 K Street, NW
Washington, DC 20036
Schneider.brian@arentfox.com

*Attorneys for Defendants*
New York Medical Imaging Associates, P.C.

*Attorneys for Defendants CareCore National LLC, CareCore Management Services Inc., CCN IPA, Inc., CCN IPA-O, LLC, CCN IPA-M, LLC, CCN-HI IPA, LLC, and CCN-WNY IPA, Inc.*

SIDLEY AUSTIN, LLP

By: _____
    Richard D. Raskin

*Attorneys for Defendants East River Medical Imaging, P.C. and ERMI Investors Group, LLC*

ARENT FOX LLP

By: *[signature]*
Brian D. Schneider
1717 K Street, NW
Washington, DC 20036
Schneider.brian@arentfox.com

*Attorneys for Defendants*
New York Medical Imaging Associates, P.C.